DANIEL G. BOGDEN
United States Attorney
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Attorneys for Plaintiff

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

         MAY 2 1 2010

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3:10-cr-00066
LRH-RAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | MISDEMEANOR INFORMATION FOR VIOLATION OF: |
| v. | |
| NICOLE HUBBARD, | TITLE 18, UNITED STATES CODE, SECTION 1701 - Obstruction of Mails |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or between July 17, 2008 and November 11, 2008, in the District of Nevada, NICOLE HUBBARD, defendant herein, did knowingly and willfully obstruct and retard the passage of mail by taking two money orders and one AMEX gift card out of items placed in the mail; all in violation of Title 18, United States Code, Section 1701.

DANIEL G. BOGDEN
United States Attorney

*/s/ Megan Rachow*

MEGAN RACHOW
Assistant United States Attorney