FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 00014
VITO DE LA CRUZ
Assistant Federal Public Defender
201 West Liberty Street, Suite 102
Reno, NV 89501-2027
Telephone:   (775) 321-8451
Facsimile:    (755) 784-5369

Counsel for NICOLE HUBARD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE HUBARD,<br><br>Defendant. | 03:10-CR-066-RAM<br><br>**STIPULATION TO CONTINUE SENTENCING (FIRST REQUEST) AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and through VITO DE LA CRUZ, Assistant Federal Public Defender, counsel for NICOLE HUBARD; DANIEL G. BOGDEN, United States Attorney, MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA; that the sentencing hearing currently scheduled for September 23, 2010 be vacated and continued to November 18, 2010 at 10:00 a.m.

The reason for the continuance is that the defendant is out of custody. Counsel, until recently, has been unable to scheduled a probation interview for defendant as either counsel or defendant have been unavailable on the scheduled dates. As the probation's presentence report

1  is due 35 days prior to sentencing, probation does not have enough time to interview defendant
2  and prepare the report in the time allowed by statute.  The parties are therefore requesting a
3  continuance to allow probation to complete an interview of defendant and prepare the
4  presentence report.
5    DATED this 12th day of August, 2010

7  _____    _____
8  MEGAN RACHOW                      VITO DE LA CRUZ
   Asst. United States Attorney      Asst. Federal Public Defender
9  Counsel for Government            Counsel for NICOLE HUBARD

11                    **ORDER**
12    IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for
13  September 23, 2010 be vacated and continued to November 18, 2010 at 10:00 a.m.
14    **IT IS SO ORDERED** this ___ day of August, 2010

17                                    _____
                                      UNITED STATES DISTRICT JUDGE